United States Courts
Southern District of Texas
F I L E D

MAY 1 1 2020

David J. Bradley, Clerk of Court

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

| | |
|---|---|
| Brandon Wilson | Case No. |
| Plaintiff(s) | _____ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | (to be filled in by the Clerk's Office) |
| -v- | |
| Harris County Sheriffs Office | |
| Defendant(s) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.  Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I.     **The Parties to This Complaint**

A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brandon Wilson |
| All other names by which you have been known: | |
| ID Number | #02476226 |
| Current Institution | 1200 Baker St. |
| Address | |

| Houston | TX | 77002 |
|---|---|---|
| City | State | Zip Code |

B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Harris County Sheriffs office |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| Houston | TX | 77002 |
|---|---|---|
| City | State | Zip Code |

☐ Individual capacity      ☐ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Shield Number | |
| Employer | |
| Address | |

| City | State | Zip Code |
|---|---|---|

☐ Individual capacity      ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

    Name                       _____

    Job or Title *(if known)*    _____

    Shield Number         _____

    Employer               _____

    Address                 _____

                             _____

                        *City*      *State*      *Zip Code*

                    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4

    Name                       _____

    Job or Title *(if known)*    _____

    Shield Number         _____

    Employer               _____

    Address                 _____

                             _____

                        *City*      *State*      *Zip Code*

                    ☐ Individual capacity    ☐ Official capacity

II.    **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under *section 1983*, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

fourth amendment

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

5ᵗʰ amendment

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

[ The 15.17 of the code of criminal procedure ] The arresting officer failed to take me before a magistrate within 48 hours of being arrested.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

~~Detained.~~ I did not go infront of a magistrate within 48 hours after being arrested. I did not go to Probable cause court.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

after arrested They failed to take me infront of a magistrate within 48 hours of being detained, They supposed to take me for probable cause hearing, but they didnt

Also I was set a excessive bail not whats on my indictment a different bond.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

I was arrested on 7-7-17. Im still incarcerated

**D.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I did not go to probable cause court.

I didnt go infront of a magistrate within 48 hours of being detained.

They also set my bail excessive but my indictment says different.

## V.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like for the court to grant me $300.00 per day to recover from the losses of me being incarcerated. 300$ a day for every day of me being incarcerated.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII.   **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

1200 Baker St. Houston TX, 77002

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

    1200 Baker St. Houston TX, 77002

2.  What did you claim in your grievance?

    That I havent been to probable cause court

3.  What was the result, if any?

    They said it was a central records request

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

    I tried writing central records but they gave me the run arounds.

Pro Se 14 (Rev 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.      If there are any reasons why you did not file a grievance, state them here:

2.      If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

**VIII.   Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Brandon Wilson

Defendant(s)    Harris County Sheriffs office

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Harris county, texas

3.    Docket or index number

4.    Name of Judge assigned to your case

H Lee Rosenthal

5.    Approximate date of filing lawsuit

February    2019

6.    Is the case still pending?

☑ Yes

☐ No

If no, give the approximate date of disposition.

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

I dont know I sent all the required documents that I complyed with the courts order

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☑ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s)   _____
    Defendant(s)  _____

2.  Court *(If federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition   _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   5-5-20

| | |
|---|---|
| Signature of Plaintiff | Brandon Wilson |
| Printed Name of Plaintiff | Brandon Wilson |
| Prison Identification # | #02476226 |
| Prison Address | 1200 Baker St. |
| | Houston          TX       77002 |
| | City          State       Zip Code |

### B.   For Attorneys

Date of signing:   _____

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| | _____ |
| | City          State       Zip Code |
| Telephone Number | _____ |
| E-mail Address | _____ |

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the

Brandon Wilson )
_Plaintiff/Petitioner_ )
v. )    Civil Action No.
Harris County Sheriffs office )
_Defendant/Respondent_ )

### APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If Incarcerated.* I am being held at: 1200 Baker St, Houston TX, 77002 .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not Incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____0_____ , and my take-home pay or wages are:  $ _____0_____ per
*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment       ☐ Yes       ☑ No
(b) Rent payments, interest, or dividends                ☐ Yes       ☑ No
(c) Pension, annuity, or life insurance payments         ☐ Yes       ☑ No
(d) Disability, or worker's compensation payments        ☐ Yes       ☑ No
(e) Gifts, or inheritances                               ☐ Yes       ☑ No
(f) Any other sources                                    ☐ Yes       ☑ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _0_____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

I owe for proceeding forma Pauperis $350,00

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 5-5-20

Brandon wilson
_____
*Applicant's signature*

Brandon wilson
_____
*Printed name*

Houston Division

## ADDRESS, HOURS, SECURITY and ELECTRONIC DEVICE POLICY

**Location:**

United States Courthouse
515 Rusk Avenue
Houston, TX 77002

**Correspondence:**

David J. Bradley
Clerk of Court
P. O. Box 61010
Houston, TX 77208

**HARRIS COUNTY SHERIFF'S OFFICE JAIL**

aramark

**INDIGENT**

Name: Grealon Wilson
SPN: 02417b722b
Cell: 2R2
Street 1200 Baker St
HOUSTON, TEXAS 77002

77002826823 C0057

United States Courts
Southern District of Texas
F I L E D

MAY 11 2020

David J. Bradley, Clerk of Court

United States Courthouse
515 Rusk Avenue
Houston TX, 77002



US POSTAGE >> PITNEY BOWES

ZIP 77002 $ 000.80°
02 4W
0000368784 MAY 07 2020